**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

MICHAEL EAGLE                                                                                          PLAINTIFF

v.                                             No. 5:11CV00166 JLH

LENNOX INTERNATIONAL INC.
and LENNOX INDUSTRIES INC.                                                                DEFENDANTS

**ORDER**

      The defendants have moved for a protective order prohibiting the plaintiff from taking the deposition of a corporate representative at a date, time, and place unilaterally selected by the plaintiff, namely, Friday, August 31, 2012, at 9 a.m. More substantive objections to the notice of deposition are also asserted. Also pending is the defendants' motion to compel. The motion for a protective order is granted in part. Document #16. The deposition will not go forward on August 31, 2012, due to defense counsel's availability. The discovery deadline will be extended so that discovery can be completed. The lawyers are ordered to meet in person and to discuss in good faith what discovery is needed for each party to prepare for trial. Part of that discussion must include an effort to resolve the discovery disputes reflected in the pending motions. The discussion must also include an attempt to agree as to who will be deposed, and when and where the depositions will take place. Finally, the discussion must include an attempt to agree on a new discovery deadline and any other deadlines that may need to be adjusted. This face-to-face meeting must occur within twenty-one days from the entry of this order. Within fourteen days after the meeting, the parties must submit a joint report regarding the matters to which they have agreed and separate reports stating their respective positions on matters as to which they have not reached agreement.

IT IS SO ORDERED this 30th day of August, 2012.

                                                                                                  _____
                                                                                                   J. LEON HOLMES
                                                                                                   UNITED STATES DISTRICT JUDGE