# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MICHAEL EAGLE                                                                                         PLAINTIFF

v.                                       No.  5:11CV00166 JLH

LENNOX INTERNATIONAL, INC.;
and LENNOX INDUSTRIES, INC.                                                              DEFENDANTS

## ORDER

Defendants have moved to stay the September 14, 2012, motion deadline in this matter.  The motion is granted and the motion deadline is stayed.  Document #19.  Within fourteen days of the face to face meeting previously ordered by this Court, the parties must submit a joint report regarding the matters to which they have agreed and separate reports stating their respective positions on matters to which they have not reached agreement.

IT IS SO ORDERED this 6th day of September, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE